IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ALICIA PATRICE SMITH | : 1:18CR343-1 |
| KENNETH TERRELL WHITE | : 1:18CR343-2 |

The Grand Jury charges:

COUNT ONE

On or about July 14, 2017, in the County of Durham, in the Middle District of North Carolina, ALICIA PATRICE SMITH knowingly made a materially false statement to State Employees' Credit Union, the accounts of which were then insured by the National Credit Union Administration, for the purpose of influencing the action of said bank in negotiating for deposit into an account belonging to a person whose initials are A.M. a fraudulent and counterfeit check purportedly drawn on a Bank of America, N.A., account in the name of Worth Plumbing Company, in the amount of $390.00, and made payable to A.M., in that ALICIA PATRICE SMITH represented that the check was legitimate and that A.M. had authorized the deposit of the check into her account, when in truth and fact, as she then well knew, the check was fraudulent and counterfeit and A.M. had not authorized the deposit of the

fraudulent and counterfeit check into her account; in violation of Title 18, United States Code, Sections 1014 and 2.

COUNT TWO

On or about July 14, 2017, in the County of Durham, in the Middle District of North Carolina, ALICIA PATRICE SMITH, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false statement to a bank, in violation of Title 18, United States Code, Section 1014, as alleged in Count One and incorporated by reference herein, knowingly possessed and used, without lawful authority, a means of identification of another person, that is, the name and State Employees' Credit Union account number belonging a person whose initials are A.M.; in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

COUNT THREE

On or about July 31, 2017, in the County of Durham, in the Middle District of North Carolina, KENNETH TERRELL WHITE knowingly made a materially false statement to State Employees' Credit Union, the accounts of which were then insured by the National Credit Union Administration, for the purpose of influencing the action of said bank in negotiating for deposit into an account belonging to a person whose initials are J.W. a fraudulent and

counterfeit check purportedly drawn on a Bank of America, N.A., account in the name of AD Spice Promotional Products, in the amount of $390.00, and made payable to J.W., in that KENNETH TERRELL WHITE represented that the check was legitimate and that J.W. had authorized the deposit of the check into his account, when in truth and fact, as he then well knew, the check was fraudulent and counterfeit and J.W. had not authorized the deposit of the fraudulent and counterfeit check into his account; in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT FOUR

On or about July 31, 2017, in the County of Durham, in the Middle District of North Carolina, KENNETH TERRELL WHITE, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false statement to a bank, in violation of Title 18, United States Code, Section 1014, as alleged in Count Three and incorporated by reference herein, knowingly possessed and used, without lawful authority, a means of identification of another person, that is, the name and State Employees' Credit Union account number belonging a person whose initials

are J.W.; in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

           DATED: August 27, 2018

           Matthew G.T. Martin

           BY: FRANK J. CHUT, JR.
           Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON